AO 91 ( Rev. 5/85) Criminal Complaint

FILED

# United States District Court

DEC 0 3 2019

**Western**  **DISTRICT of**  **Texas**

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

United States of America

V.

Odalinda Del Rocio Flores Baez

(Name of Defendant)

**Criminal Complaint**
**Case Number: DR19-** *M- 09779,001*

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November 30, 2019</u>, in Maverick County, in the <u>Western District of Texas,</u> the defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make false, fictitious, or fraudulent statements or representations to United States Customs and Border Protection Officers.

in violation of Title ___18___ United States Code, Section(s) ___1001___.

I further state that I am a(n) <u>Customs & Border Protection Enforcement Officer</u> and that this complaint is based on the following facts:

On November 30, 2019, at the Eagle Pass International Bridge in Eagle Pass, Texas, the defendant, Odalinda Del Rocio Flores Baez, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers as she attempted to enter the United States by presenting herself as a bonafide nonimmigrant tourist of the United States, and then presented a DSP-150 Laser Visa bearing the name of Paloma Anahi De La Rosa Leija to substantiate her claim. The defendant made false statements to Customs and Border Protection Officers about her identity. She was later identified as a citizen and resident of Mexico, who does not own or possess any legal documents to enter, reside, or remain in the United States.

Continued on the attached sheet and made a part hereof: _____ Yes __XX__ No

Rolando Morales                    CBPOE
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____December 3, 2019_____          at          _____Del Rio, Texas_____
Date                                                              City and State

_____Collis White U.S. Magistrate Judge_____
Name and Title of Judicial Officer

Signature of Judicial Officer